B6F (Official Form 6F) (12/07)

In re **Michael G. Rogowski and Vicky Marie Rogowski**, Case No. **09-43339**
       Debtor(s)                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## Amended 06/15/2009

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedules. Report this total also on the Summary of Schedules, and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No. **2146**<br>**Creditor # : 1**<br>**Bank of America**<br>**PO Box 15026**<br>**Wilmington DE 19850-5026** | C | Account Name: Bronze Leaf Enterprise | | | | $ 7,865.59 |
| Account No. **2146**<br>Representing:<br>**Bank of America** | | Focus Receivables Management<br>1130 Northchase Parkway, Suite<br>Marietta GA 30067 | | | | |
| Account No. **6949**<br>**Creditor # : 2**<br>**US Small Business Administrati**<br>**455 Market Street**<br>**San Francisco CA 94105-2420** | C | June 2007<br>Loan<br>Nara Bank Loan | X | X | | $ 1,729,451.00 |
| Account No. **6949**<br>Representing:<br>**US Small Business Administrati** | | SBA<br>409 3rd Street, SW<br>Washington DC 20416 | | | | |

No continuation sheets attached

Subtotal $ **$ 1,737,316.59**

Total $ **$ 1,737,316.59**
(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

# Declaration Concerning Amended Schedules

I declare under penalty of perjury that I have read the forgoing amended schedule, consisting of <u>one</u> sheet, and that it is true and correct to the best of my knowledge, information and belief.

Date: <u>*June 15, 2009*</u>  Signature <u>*/s/ Michael G. Rogowski*</u>
                                                                                     Michael G. Rogowski

Date: <u>*June 15, 2009*</u>  Signature <u>*/s/ Vicky M. Rogowski*</u>
                                                                                     Vicky M. Rogowski