# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION
## Amended 06/15/2009

In re Michael G. Rogowski  
    dba Polex Precision Machining  
    and  
    Vicky Marie Rogowski  
    dba Polex Precision Machining  
/ Debtor

Case No. 09-43339  
Chapter 7

Attorney for Debtor: Wayne A. Silver

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of our knowledge.

Date: 6/15/2009

_____  
Debtor

_____  
Joint Debtor

Bank of America
PO Box 15026
Wilmington  DE  19850-5026


Focus Receivables Management
1130 Northchase Parkway  Suite
Marietta  GA  30067


US Small Business Administrati
455 Market Street
San Francisco  CA  94105-2420


US Small Business Administrati
409 3rd Street  SW
Washington  DC  20416